UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

YOUNG AMERICANS FOR FREEDOM,
YOUNG AMERICA'S FOUNDATION,
AVERY DURFEE, & BENJAMIN ROTHOVE,

      PlaintiffS,                                  Case No. 3:24-CV-163

      v.

U.S. DEPARTMENT OF EDUCATION &
MIGUEL CARDONA,

      Defendants.

## DISCLOSURE STATEMENT

As provided by Fed. R. Civ. P. 7.1, there is no such corporation that is a parent corporation or any publicly held corporation owning 10% or more of any plaintiffs' stock.

Respectfully submitted August 28, 2024

                                  WISCONSIN INSTITUTE FOR LAW & LIBERTY, INC.

                                  */s/ Daniel P. Lennington*
                                  Richard M. Esenberg
                                  Daniel P. Lennington
                                  Skylar Croy
                                  330 East Kilbourn Avenue, Suite 725
                                  Milwaukee, WI 53202
                                  Telephone: (414) 727-9455
                                  Facsimile: (414) 727-6385
                                  Rick@will-law.org
                                  Dan@will-law.org
                                  Skylar@will-law.org

                                  *Attorneys for Plaintiffs*