UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Young Americans for Freedom, Young American's Foundation, Avery Durfee, and Benjamin Rothove<br><br>Plaintiff(s)<br><br>vs.<br><br>U.S. Department of Education and Miguel Cardona<br><br>Defendant(s). | **CONSENT/REASSIGNMENT FORM**<br><br><br>Case No.  3:24-cv-163 |

Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if <u>all</u> parties voluntarily consent.  You may, without adverse substantive consequences, withhold your consent.  While consent to the assignment of the case to a Magistrate Judge is entirely voluntary, submission of the Consent/Reassignment Form memorializing consent or requesting reassignment to a District Judge is <u>mandatory</u>.

**Consent** ☐                                          **Reassignment** ☑

_____
Party(ies) Represented

Young Americans for Freedom, Young American's Foundation, Avery Durfee, and Benjamin Rothove
_____
Party(ies) Represented

_/s/_____
Attorney Signature

_/s/_ _Daniel Lennington_____
Attorney Signature

_____
Date

August 28, 2024
Date

**DO NOT FILE THE CONSENT/REASSIGNMENT FORM THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM.**  Instead, the completed form should be returned to the e-mail address indicated below.  Failure to submit the Consent/Reassignment Form in a timely manner may result in a delay in processing the case.

ndd_clerksoffice@ndd.uscourts.gov