UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

---

YOUNG AMERICAN'S FOR FREEDOM, et al.,

    Plaintiffs,

v.                                Case No. 3:24-cv-00163-ARS

U.S. DEPARTMENT OF EDUCATION, et al.

    Defendants.

---

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

---

Pursuant to Fed. R. Civ. P. 65 and 5 U.S.C. § 705, and as set forth in the brief in support of this motion, Plaintiffs hereby move for a preliminary injunction prohibiting Defendants from enforcing or otherwise implementing the racial and ethnic classifications in 20 U.S.C. §1070a–15(d) and 34 C.F.R. §§ 647.3 and 647.7. Plaintiffs also move that Defendants be required to notify all participating institutions of higher education that they cannot impose or otherwise rely upon such classifications.

Dated this 4th day of September, 2024.

                                          Respectfully submitted,

                                          WISCONSIN INSTITUTE FOR
                                          LAW & LIBERTY, INC.

                                          /s/ *Skylar Croy*
                                          Richard M. Esenberg
                                          Daniel P. Lennington
                                          Skylar Croy
                                          330 East Kilbourn Avenue, Suite 725
                                          Milwaukee, WI 53202
                                          Telephone: (414) 727-9455
                                          Fax: (414) 727-6385
                                          Rick@will-law.org

- 2 -

        Dan@will-law.org
        Skylar@will-law.org

*Attorneys for Plaintiffs*