UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

---

YOUNG AMERICAN'S FOR FREEDOM, et al.,

    Plaintiffs,

v.                                                                              Case No. 3:24-cv-00163-ARS

U.S. DEPARTMENT OF EDUCATION, et al.

    Defendants.

---

**ORDER ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

---

    For the reasons stated in the attached opinion, Plaintiffs' Motion for a Preliminary Injunction is hereby granted. As permitted by Fed. R. Civ. P. 65 and 5 U.S.C. § 705, Defendants are prohibited from enforcing or otherwise implementing the racial and ethnic classifications in 20 U.S.C. §1070a–15(d) and 34 C.F.R. §§ 647.3 and 647.7. Defendants are also ordered to notify all participating institutions of higher education that they cannot impose or otherwise rely upon such classifications.

    Date: _____                  By:_____
                                                                                 The Honorable Peter D. Welte