IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| YOUNG AMERICANS FOR FREEDOM, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants.* | Case No. 3:24-cv-00163-ARS |

## NOTICE OF APPEARANCE

Michael P. Clendenen, Trial Attorney at the U.S. Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel of record for the Defendants in the above-captioned matter.

1

Dated:  September 16, 2024          Respectfully submitted,

                                    BRIAN M. BOYNTON
                                    Principal Deputy Assistant Attorney General

                                    EMILY B. NESTLER
                                    Assistant Branch Director

                                    */s/ Michael P. Clendenen*
                                    MICHAEL P. CLENDENEN
                                    (D.C. Bar # 1660091)
                                    Trial Attorney
                                    U.S. Department of Justice
                                    Civil Division, Federal Programs Branch
                                    1100 L Street, NW
                                    Washington, D.C. 20005
                                    Tel: (202) 305-0693
                                    Fax: (202) 616-8460
                                    michael.p.clendenen@usdoj.gov

                                    *Attorneys for Defendants*