UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

YOUNG AMERICANS FOR FREEDOM, et al.,

     Plaintiffs,

v.                                                          Case No. 3:24-cv-00163-ARS

U.S. DEPARTMENT OF EDUCATION, et al.

     Defendants.

## DECLARATION OF VICTOR E. BERNSON, JR.

     I, Victor E. Bernson, Jr., declare as follows based on my own personal knowledge:

     1.     I am the Vice President and General Counsel of the Young America's Foundation (YAF). Given this role, I am personally familiar with YAF's mission.

     2.     YAF is the leading organization for young conservatives. YAF is committed to ensuring that increasing numbers of young Americans understand and are inspired by the ideas of individual freedom, a strong national defense, free enterprise, and traditional values. This mission includes defending the rights of students to be treated equally under the law. YAF helps students find support, promote conservative views, and take action.

     I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: **9/30/24**

Victor E. Bernson, Jr.