## UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

Young Americans for Freedom, et al.

    v.                                                        Case No: 3:24-cv-163

U.S. Department of Education, et al.

### CLERK'S MINUTES
Proceeding: Motion Hearing

| | | | |
|---|---|---|---|
| Presiding Judge: | Honorable Peter D. Welte | Date: | October 16, 2024 |
| Deputy Clerk: | Lori Haberer | Time: | 9:10 AM |
| Court Reporter: | Carolyn Pekas | Recess: | 11:15 AM |
| Law Clerk: | Erica Solberg | | |

| | |
|---|---|
| Counsel for Plaintiffs: | Skylar Croy |
| Counsel for Defendants: | Michael Clendenen |

Court calls case and notes appearances.
Court reviews procedural posture of the case.
Hearing on Plaintiff's motion for preliminary injunction.
Mr. Croy argues Plaintiffs' position and answers questions of the Court.
    10:20-10:35 AM - recess
Mr. Clendenen argues Defendants' position and answers questions of the Court.
Mr. Croy answers additional questions of the Court.
Court takes matter under advisement.
Adjourned.