IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| YOUNG AMERICANS FOR FREEDOM, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants*. | Case No. 3:24-cv-00163-ARS |

**DEFENDANTS' UNOPPOSED MOTION TO STAY DEADLINE TO RESPOND TO COMPLAINT**

Defendants respectfully request that the Court stay the current deadline for Defendants to file an answer or otherwise respond to the Complaint until 21 days after the Court issues a ruling on Plaintiffs' Motion for Preliminary Injunction (ECF No. 7). Plaintiffs served the United States Attorney for the District of North Dakota on September 18, 2024. Under Federal Rule of Civil Procedure 12(a)(2), Defendants currently have until November 18, 2024, to file their responsive pleading or motion under Rule 12. Plaintiffs' Motion for Preliminary Injunction is currently pending before the Court. Defendants respectfully submit that judicial efficiency would be served by staying Defendants' obligation to file a response to the Complaint until after the Court has decided Plaintiffs' Motion, as the Court's decision on that motion is likely to inform Defendants' response and further proceedings in this case.

Plaintiffs do not oppose the relief sought in this motion.

Dated: November 12, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director

*/s/ Michael P. Clendenen*
MICHAEL P. CLENDENEN
(D.C. Bar # 1660091)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 305-0693
Fax: (202) 616-8460
michael.p.clendenen@usdoj.gov

*Attorneys for Defendants*