IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| YOUNG AMERICANS FOR FREEDOM, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants.* | Case No. 3:24-cv-00163-ARS |

**[PROPOSED] ORDER**

Having considered Defendants' Unopposed Motion to Stay Deadline to Respond to Complaint, IT IS HEREBY ORDERED that the Motion is GRANTED, and ORDERED that Defendants' deadline to file an answer or otherwise respond to the Complaint is stayed until twenty-one (21) days after the Court issues a ruling on Plaintiffs' Motion for Preliminary Injunction (ECF No. 7).

SO ORDERED.

Date: _____       By: _____
                              HONORABLE PETER D. WELTE, CHIEF JUDGE
                              United States District Court
                              District of North Dakota

1