Local AO 450 (rev. 1/23)

# United States District Court
### *District of North Dakota*

Young Americans for Freedom,
Young America's Foundation,
Avery Durfee, and
Benjamin Rothove,

Plaintiffs,

vs.

U.S. Department of Education and
Miguel Cardona,

Defendants.

JUDGMENT IN A CIVIL CASE

Case No.   3:24-cv-163

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Order dated December 31, 2024, (Doc. 19), the Plaintiffs' motion for a preliminary injunction (Doc. 7) is DENIED, and the case is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

Date: January 2, 2025

KARI M. KNUDSON, CLERK OF COURT

by: */s/ Pamela Bloomquist, Deputy Clerk*