IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| YOUNG AMERICANS FOR FREEDOM, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants*. | Case No. 3:24-cv-00163-ARS |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

Defendants respectfully request that the Court extend the current deadline for Defendants to file a response to Plaintiffs' Motion for Reconsideration, ECF No. 21, by thirty days, or until March 10, 2025.

There is good cause for this motion. Defendants' response is currently due on February 7, 2025. The undersigned counsel has prescheduled leave and travel plans from February 1 to February 11, 2025. Defendants' Counsel also has several other pressing work deadlines set for the intervening period before and after he returns. Given counsel's absence and the press of other business, an extension is warranted.

Plaintiffs do not oppose the relief sought in this motion.

Dated: January 28, 2025            Respectfully submitted,

                                   BRETT A. SHUMATE
                                   Acting Assistant Attorney General

                                   EMILY B. NESTLER

1

       Assistant Branch Director

       */s/ Michael P. Clendenen*
       MICHAEL P. CLENDENEN
       (D.C. Bar # 1660091)
       Trial Attorney
       U.S. Department of Justice
       Civil Division, Federal Programs Branch
       1100 L Street, NW
       Washington, D.C. 20005
       Tel: (202) 305-0693
       Fax: (202) 616-8460
       michael.p.clendenen@usdoj.gov

       *Attorneys for Defendants*