IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| YOUNG AMERICANS FOR FREEDOM, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants*. | Case No. 3:24-cv-00163-ARS |

**[PROPOSED] ORDER**

Having considered Defendants' Unopposed Motion for an Extension of Time, IT IS HEREBY ORDERED that the Motion is GRANTED, and ORDERED that Defendants' shall file a response to Plaintiffs' Motion for Reconsideration (ECF No. 21) no later than March 10, 2025.

SO ORDERED.

Date: _____  By: _____
HONORABLE PETER D. WELTE, CHIEF JUDGE
United States District Court
District of North Dakota

1