IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| YOUNG AMERICANS FOR FREEDOM, *et al.*,<br><br>　　*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>　　*Defendants*. | Case No. 3:24-cv-00163-ARS |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Pursuant to Local General Rule 1.3(F)(1), Lydia J. Jines, Trial Attorney at the U.S. Department of Justice, Civil Division, Federal Programs Branch, hereby notifies this Court that she will be substituting as counsel in this matter for Michael P. Clendenen on behalf of Defendants. Mr. Clendenen is withdrawing as counsel for Defendants because he is leaving his employment with the U.S. Department of Justice. Lydia J. Jines will remain counsel of record for Defendants.

1

Dated: May 16, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ELIZABETH TULIS
Assistant Branch Director

*/s/ Lydia J. Jines*
LYDIA J. JINES
(MD Bar No. 2205230001)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 305-7590
lydia.jines@usdoj.gov

*Counsel for Defendants*